FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 30 2010 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JUNIOR A. MULRAIN,

JUDGMENT
09-CV- 4793 (JG)

                Plaintiff,

  -against-

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                Defendant.
-------------------------------------------------------------------X

      A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on April 29, 2010, granting the Commissioner's motion for judgment on the pleadings; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and the Commissioner's motion for judgment on the pleadings is granted.

Dated: Brooklyn, New York
       April 29, 2010

                                    s/Robert C. Heinemann
                                    ROBERT C. HEINEMANN
                                    Clerk of Court